Kisham et al. v. Nichols.

---

### NEW HAVEN COUNTY, DECEMBER ADJOURNED TERM, A. D. 1775.

### KISHAM ET AL., EXECUTORS OF HAZARD, DECEASED, v. NICHOLS.

Under the plea of full payment accord and satisfaction cannot be given in evidence. The defendant may have liberty to alter his plea although the case is on trial to the jury.

SCIRE FACIAS on a judgment: — To which the defendant plead full payment to said deceased of the said judgment before the date and impetration of the plaintiff's writ, and offered in evidence, a deed of land to said deceased and an agreement on his part to accept it in satisfaction of said judgment; which evidence was objected to under this issue, and by the court was not admitted. Upon which the defendant moved

